GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William Shaffer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM SHAFFER; and DOES 1 to<br>100, inclusive,<br><br>            Defendants. | CASE NO.  CV 08 1631 VRW<br><br>**MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

        Pursuant to Civil Local Rule 3-12, defendants City of Newark, California; Robert Douglas; Richard Lopez; and William Shaffer (hereafter referred to collectively as "NEWARK" or "defendants") hereby submit this Administrative Motion to Consider Whether Cases Should Be Related.

        On January 31, 2008, James P. Swanseen, Esq. filed a verified complaint in the matter of <u>Amir Shervin v. City of Newark, California; Robert Douglas; Richard Lopez; William Shaffer; and Does 1 to 100</u> in Alameda County Superior Court. (See Complaint (hereafter "AMIR SHERVIN COMPLAINT") attached as

Selman Breitman LLP
ATTORNEYS AT LAW

1  Exhibit "A" to the Declaration of Danielle K. Lewis).  On January
2  31, 2008, James P. Swanseen, Esq. also filed a verified complaint
3  in the matter of Shirin Natalie Shervin v. City of Newark,
4  California; Robert Douglas; Richard Lopez; William (Bill) Shaffer
5  and Does 1 to 100 in Alameda County Superior Court. (See
6  Complaint (hereafter "SHIRIN SHERVIN COMPLAINT") attached as
7  Exhibit "B" to the Declaration of Danielle K. Lewis).

8      On March 26, 2008, the matter of Amir Shervin v. City of
9  Newark, California; Robert Douglas; Richard Lopez; William
10  Shaffer; and Does 1 to 100 was removed to this Court by the
11  undersigned on behalf of defendants.  The action is currently
12  pending in the United States District Court for the Northern
13  District as case number CV 08 1631 VRW.  On March 26, 2008, the
14  matter of Shirin Natalie Shervin v. City of Newark, California;
15  Robert Douglas; Richard Lopez; William (Bill) Shaffer and Does 1
16  to 100, was removed to this Court by the undersigned on behalf of
17  defendants.  The action is currently pending in the United States
18  District Court for the Northern District as case number CV 08
19  1632 EMC, before the Honorable Edward M. Chen.

20      The matter of Shirin Natalie Shervin v. City of Newark,
21  California; Robert Douglas; Richard Lopez; William (Bill)
22  Shaffer; and Does 1 to 100 is related to the matter of Amir
23  Shervin v. City of Newark, California; Robert Douglas; Richard
24  Lopez; William Shaffer; and Does 1 to 100 within the meaning of
25  Civil Local Rule 3-12(a).

26      As set forth herein, these actions concern the same parties
27  and events.  Both actions arise out of an incident which occurred
28  on or about December 7, 2006.  (AMIR SHERVIN COMPLAINT ¶8; SHIRIN

Selman Breitman LLP
ATTORNEYS AT LAW

148756.1 555.24827

MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CV 08 1631 VRW

1  SHERVIN COMPLAINT ¶8)  Both actions allege that Amir Shervin and
2  Shirin Natalie Shervin were at a residence owned by Hooshang
3  Bastan at 5158 Hebrides Court, Newark, California when the
4  incident occurred.  (AMIR SHERVIN COMPLAINT ¶8; SHIRIN SHERVIN
5  COMPLAINT ¶8)  Both actions allege that three Newark police
6  officers approached Amir Shervin and Shirin Natalie Shervin at
7  the residence.  (AMIR SHERVIN COMPLAINT ¶11; SHIRIN SHERVIN
8  COMPLAINT ¶11)  Both actions allege that the police officers were
9  executing an arrest warrant for Amir Shervin.  (AMIR SHERVIN
10  COMPLAINT ¶13; SHIRIN SHERVIN COMPLAINT ¶13)  Both actions allege
11  an altercation with the police officers ensued, and set forth
12  substantially similar allegations regarding the incident. (AMIR
13  SHERVIN COMPLAINT ¶16-25; SHIRIN SHERVIN COMPLAINT ¶15-23)

14        Both actions allege identical causes of action for Use of
15  Excessive Force and Violation of Fourth Amendment. (AMIR SHERVIN
16  COMPLAINT p.1, 6); SHIRIN SHERVIN COMPLAINT p.1, 5)  Both actions
17  name the same defendants. (AMIR SHERVIN COMPLAINT ¶2-3; SHIRIN
18  SHERVIN COMPLAINT ¶2-3)  Both actions allege the same damages and
19  seek identical relief.  (AMIR SHERVIN COMPLAINT ¶28-32, Prayer
20  for Relief; SHIRIN SHERVIN COMPLAINT ¶26-29, Prayer for Relief)
21  Finally, plaintiff Amir Shervin and plaintiff Shirin Natalie
22  Shervin are both represented by attorney James P. Swanseen, Esq.
23  (AMIR SHERVIN COMPLAINT p.7; SHIRIN SHERVIN COMPLAINT p.7)

24        As a result of the foregoing, if these cases are conducted
25  before different Judges, there will undoubtedly be an unduly
26  burdensome duplication of labor and expense, including
27  duplication of efforts at all stages of discovery and trial.
28  Further, there exists a potential for conflicting results and

Selman Breitman LLP
ATTORNEYS AT LAW

3

MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CV 08 1631 VRW

1    findings if these cases are conducted before different Judges.

2         For the reasons set forth above, defendants respectfully

3    request that this motion be granted, and the matters of Amir

4    Shervin v. City of Newark, California, et al., case number CV 08

5    1631 VRW and Shirin Natalie Shervin v. City of Newark,

6    California, et al., case number CV 08 1632 EMC be deemed related.

7

8    DATED: April  , 2008        SELMAN BREITMAN LLP

9

10                              By:  _____
                                     GREGG A. THORNTON

11                                   DANIELLE K. LEWIS
                                     Attorneys for Defendants

12                                   CITY OF NEWARK, CALIFORNIA;
                                     ROBERT DOUGLAS; RICHARD LOPEZ;

13                                   AND WILLIAM SHAFFER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Selman Breitman** LLP
ATTORNEYS AT LAW

4

MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CV 08 1631 VRW

**Selman Breitman LLP**
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PROOF OF SERVICE**

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 1, 2008**, I served the following document(s) described as **MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff AMIR SHERVIN |
| The Honorable Edward M. Chen<br>United States District Court<br>Northern District of California<br>U.S. Courthouse<br>450 Golden Gate Avenue, 15th Floor<br>San Francisco, CA 94102<br>Tel: (415) 522-2034 | Magistrate Judge (Courtesy Copy to Judge's Chambers) |

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☒ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1    Executed on **April 1, 2008**, at San Francisco, California.

2

3    _____

LAURA TALESNIK

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William Shaffer

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  AMIR SHERVIN,                    CASE NO.  CV 08 1631 VRW

12          Plaintiff,

13      v.                           DECLARATION OF DANIELLE K. LEWIS
                                     IN SUPPORT OF MOTION TO CONSIDER
14  CITY OF NEWARK, CALIFORNIA;      WHETHER CASES SHOULD BE RELATED
    ROBERT DOUGLAS; RICHARD LOPEZ;
15  WILLIAM SHAFFER; and DOES 1 to
    100, inclusive,
16
            Defendants.
17

18

19      I, Danielle K. Lewis, declare:

20      1.    That I am an attorney duly licensed before all United

21  States District Courts in the State of California, and am an

22  associate in the law firm of Selman Breitman, attorneys of record

23  for defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;

24  RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred to

25  collectively as "NEWARK" or "defendants").  The following facts

26  are within my personal knowledge and, if called upon as a

27  witness, I could and would competently testify as to their truth.

28

Selman Breitman LLP
ATTORNEYS AT LAW

148919.1 555.24827

1        2.   Attached hereto as Exhibit "A" is a true and correct

2    copy of the complaint filed in <u>Amir Shervin v. City of Newark,</u>

3    <u>California; Robert Douglas; Richard Lopez; William Shaffer and</u>

4    <u>Does 1 to 100</u>, Alameda County Superior Court case number

5    HG08368945.

6        3.   Attached hereto as Exhibit "B" is a true and correct

7    copy of the complaint filed in <u>Shirin Natalie Shervin v. City of</u>

8    <u>Newark, California; Robert Douglas; Richard Lopez; William (Bill)</u>

9    <u>Shaffer and Does 1 to 100</u>, Alameda County Superior Court case

10   number HG08368932.

11

12       I do hereby declare under penalty of perjury that the

13   foregoing is true and correct.

14       Executed this 1st day of April, 2008 in the City of San

15   Francisco, State of California.

16

17

18   _____

19                   Danielle K. Lewis

20

21

22

23

24

25

26

27

28

**Selman Breitman LLP**
ATTORNEYS AT LAW

2
DECLARATION OF DANIELLE K. LEWIS IN SUPPORT OF MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CV 08 1631 VRW

# **EXHIBIT A**



1   JAMES P. SWANSEEN, ESQ.
    Attorney at Law
2   (State Bar No. 159918)
    43 Dowitcher Way
3   San Rafael, CA  94901
    (415) 571-6403
4
    Attorney for Plaintiff
    AMIR SHERVIN
5

6

7

FILED
ALAMEDA COUNTY

JAN 3 1 2008

CLERK OF THE SUPERIOR COURT
By _____
                    Deputy

SUMMONS ISSUED AND FILED

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF ALAMEDA

10              UNLIMITED JURISDICTION

11

12  AMIR SHERVIN,                )    CASE NO. HG08368945
                                 )
13         Plaintiff,            )    COMPLAINT FOR DAMAGES
                                 )
14  v.                           )
                                 )
15  CITY OF NEWARK, CALIFORNIA;  )
    ROBERT DOUGLAS; RICHARD LOPEZ;)
16  WILLIAM SHAFFER;             )
    and DOES 1 to 100, inclusive,)
17                               )
           Defendants.           )
18                               )

19      COMES NOW plaintiff AMIR SHERVIN and alleges as follows:

20              FIRST CAUSE OF ACTION
                (Use of Excessive Force)
21

22      1.   Plaintiff is a natural adult person within the United States

23  who resides in Marin County, California.

24      2.   Defendant CITY OF NEWARK, CALIFORNIA (hereinafter referred to

25  as "CITY OF NEWARK") is, and at all times mentioned herein was, a

26  municipal corporation duly organized under the laws of the State of

27  California, situated in the County of Alameda.

28      3.   Defendants ROBERT DOUGLAS (Badge No. S9), RICHARD LOPEZ

                        -1-

1  (Badge No. 77), and WILLIAM ████ SHAFFER (Badge No. 46) are

2  individuals who at all times mentioned herein were employees of

3  defendant CITY OF NEWARK, employed as police officers, and in doing the

4  acts described herein were acting within the scope of their employment.

5      4.    Defendants DOE 1 through DOE 100, inclusive, are sued herein

6  under fictitious names.  Their true names and capacities are unknown to

7  plaintiff.  When their true names and capacities are ascertained,

8  plaintiff will amend this Complaint by inserting their true names and

9  capacities herein.  Plaintiff is informed and believes and thereon

10  alleges that each of the fictitiously named defendants is responsible in

11  some manner for the occurrences herein alleged and that plaintiff's

12  damages as herein alleged were proximately caused by those defendants.

13  Each reference in this Complaint to "defendant," "defendants," or a

14  specifically named defendant refers also to all defendants sued under

15  fictitious names.

16      5.    Plaintiff is informed and believes and thereon alleges that

17  at all times herein mentioned each of the defendants, including all

18  defendants sued under fictitious names, was the agent and employee of

19  each of the remaining defendants and, in doing the things hereinafter

20  alleged, was acting within the course and scope of this agency and

21  employment.

22      6.    Plaintiff is required to comply, and has complied, with

23  applicable claims statutes.

24      7.    This Court is the court of proper jurisdiction because the

25  injury to plaintiff which is the subject of this Complaint occurred

26  within the County of Alameda, California.

27      8.    On or about December 7, 2006, at approximately 11:00 a.m.,

28  plaintiff was on the back deck of a house belonging to a friend,

-2-

1   Hooshang Bastan, at 5158 Hebrides Court, Newark, California.

2       9.   Plaintiff's daughter, Shirin Natalie Shervin, age 16, was

3   with plaintiff at that time.

4       10.  On December 7, 2006, plaintiff, at 5'11" tall and weighing

5   less than 150 lbs., was 66 years old.

6       11.  At that time and place, three members of the Newark Police

7   Department, believed to be the named defendants ROBERT DOUGLAS, RICHARD

8   LOPEZ, and WILLIAM (BILL) SHAFFER herein, approached plaintiff and his

9   daughter while they were on the above-referenced back deck of the

10  5158 Hebrides Court residence.

11      12.  As the named defendant officers approached plaintiff,

12  plaintiff said to them, "Good morning, officers.  Merry Christmas."

13      13.  Plaintiff was later informed and believes that the officers

14  were executing an arrest warrant, naming plaintiff, that was issued out

15  of San Francisco.

16      14.  Just moments before the arrival of the three named defendant

17  police officers, plaintiff had spoken with Investigator Peter Walsh of

18  the San Francisco Police Department, who had told plaintiff he would

19  give him three days to come see him regarding the San Francisco matter.

20      15.  However, at the time the three named defendant police

21  officers approached plaintiff and his daughter, as related above, said

22  officers never stated to plaintiff that he was under arrest or gave any

23  reason to plaintiff or his daughter for the officers' ensuing conduct.

24      16.  Instead, Officer DOUGLAS grabbed plaintiff's right hand and

25  twisted it behind plaintiff's back.

26      17.  At the same time, one of the other two named defendant

27  officers grabbed plaintiff's left hand and twisted it behind plaintiff's

28  back as well.

-3-

18. As plaintiff asked what was going on, one or more of the named defendant police officers kicked his feet out from under him, causing him to land on the back of his head and his back, with his arms behind him.

19. One of the named defendant officers sat on plaintiff's chest, and another held him down, pressing on plaintiff's throat.

20. Plaintiff was unable to breathe, felt the onset of asphyxiation, and believed he was going to die.

21. One or more of the named defendant officers flipped plaintiff over onto his stomach and handcuffed his hands behind his back.

22. Because of the excessive force used by the named defendant officers, and each of them, plaintiff's daughter tried to get the officers off him.

23. Plaintiff's daughter was thrown to the ground by one or more of the named defendant officers, and one of said officers then sat on her.

24. One or more of the named defendant officers handcuffed plaintiff's hands behind his back, picked him up by his arms, and dragged him from the back deck of the 5158 Hebrides Court residence to a police car in the street.

25. One or more of the named defendant officers then shoved plaintiff into the back seat of the police car. The handcuffs were so tight that plaintiff's hands and fingers were numb and turned blue from lack of circulation.

26. In doing the acts alleged above, the named defendant police officers, and each of them, acted with intent to make contact with plaintiff's person.

27. At no time did plaintiff consent to any of the acts of the

-4-

1  named defendant police officers alleged above.

2      28.  As a proximate cause of the excessive force used on plaintiff

3  by the named defendant police officers, and each of them, plaintiff

4  suffered injuries to his head, neck, back, arms, wrists, hands, chest,

5  pelvis, and legs.  Plaintiff was hurt and injured in health, strength,

6  and activity, sustaining injury to his nervous system and person which

7  continues to cause plaintiff great mental, physical, emotional, and

8  nervous pain and suffering to this day.

9      29.  The named defendant police officers, and each of them, used

10  excessive force upon plaintiff's daughter, causing physical and

11  emotional distress to her.  As a result, plaintiff also has suffered

12  emotional distress due to seeing his daughter's ongoing residual

13  emotional distress, which continues to this date.  The acts of the named

14  defendant officers, and each of them, in the use of this excessive

15  force, that were done in plaintiff's presence are a foreseeable result

16  of the intentional conduct of the officers, and therefore such injury is

17  a foreseeable result of that force.

18      30.  As a further, proximate result of the acts of the named

19  defendant police officers, and each of them, plaintiff has incurred, is

20  incurring, and will continue to incur medical and related expenses, the

21  full amount of which expenses is not known to plaintiff at this time.

22      31.  As a further proximate cause of the acts of the named

23  defendant police officers, plaintiff has suffered a loss of earnings,

24  and plaintiff's present and future earning capacity has been greatly

25  impaired.

26      32.  The aforementioned conduct of the named defendant police

27  officers, and each of them, was willful and malicious and was intended

28  to oppress and cause injury to plaintiff.  Plaintiff is therefore

1  entitled to an award of punitive damages.

2  SECOND CAUSE OF ACTION
   (Violation of Fourth Amendment Rights)

3

4  33.  Plaintiff hereby repleads the foregoing paragraphs 1 through

5  32, inclusive, and incorporates them as though they were fully set forth

   herein.

6

7  34.  Plaintiff's Second Cause of Action arises under 42 U.S.C.

8  § 1983 against defendants, and each of them, for violation of

9  plaintiff's Fourth Amendment right to be free from excessive force

   during a personal seizure.

10

11  35.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

12  36.  At all times herein mentioned, named defendants DOUGLAS,

13  LOPEZ, and SHAFFER were law-enforcement officers employed by the Newark

14  Police Department and, in doing all the things mentioned herein, acted

   under color of state law.

15

16  37.  At all times herein mentioned, named defendants DOUGLAS,

17  LOPEZ, and SHAFFER were acting within the scope of their employment with

   defendant CITY OF NEWARK.

18

19  38.  Paragraphs 8 through 27, above, establish the use of

20  excessive force by defendants, and each of them, in violation of

   Fourth Amendment to the U.S. Constitution.

21

22  39.  As a direct and proximate result of the actions described

23  herein of defendants, and each of them, plaintiff has suffered the

   injury, loss, and damages set forth in paragraphs 28 through 32,

24  inclusive.

25

26  40.  In acting as alleged in this Second Cause of Action,

   defendants, and each of them, acted knowingly, willfully, and

27  maliciously and with reckless and callous disregard for plaintiff's

28

-6-

1  federally protected rights.

2                                    **PRAYER**

3       WHEREFORE, plaintiff prays for judgment in the above causes of

4  action against defendants, and each of them, as follows:

5                            <u>First Cause of Action</u>

6       As to the First Cause of Action, plaintiff prays:

7       1.   For general damages according to proof.

8       2.   For medical and related expenses, including for professional

9  psychiatric and/or psychological counseling, according to proof.

10      3.   For lost earnings, past and future, according to proof.

11      4.   For punitive damages.

12      5.   For interest as allowed by law.

13      6.   For costs of suit incurred in this action.

14      7.   For such other and further relief as the Court deems proper.

15                           <u>Second Cause of Action</u>

16      As to the Second Cause of Action, plaintiff prays:

17      1.   For compensatory damages, in an amount to be determined

18  according to proof at trial.

19      2.   For punitive damages, in an amount to be determined according

20  to proof at trial.

21      3.   For reasonable attorney's fees, pursuant to 42 U.S.C. § 1988.

22      4.   For costs of suit incurred in this action.

23      5.   For such other and further relief as the Court deems proper.

24
                                      Respectfully submitted,
25

26  Dated: _____

27                                    James P. Swanseen
                                      Attorney for Plaintiff AMIR
28                                       SHERVIN

                                       -7-

1 <u>VERIFICATION</u>

2     I, AMIR SHIRVIN, am the plaintiff in the above-entitled

3 action.  I have read the foregoing Complaint for Damages and know

4 the contents thereof.  The same is true of my own knowledge,

5 except as to those matters which are therein alleged on

6 information and belief, and as to those matters, I believe it to

7 be true.

8     Executed at San Rafael, California, on January _28_, 2008.

9     I declare under penalty of perjury under the laws of the

10 State of California that the foregoing is true and correct.

11

12                                          Amir Shervin

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;
RICHARD LOPEZ; WILLIAM ~~(____)~~ SHAFFER;
and DOES 1 to 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
AMIR SHERVIN

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

\*6357468\*

**FILED**
ALAMEDA COUNTY

**JAN 3 1 2008**

CLERK OF THE SUPERIOR COURT
By _Susan Erickam_
Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
~~Fremont Hall of Justice~~ HAYWARD HALL OF JUSTICE
~~39439 Paseo Padre Parkway~~ 24405 A MAIDA
~~Fremont, CA 94538~~ HAYWARD CA

| CASE NUMBER: | |
|---|---|
| *(Número del Caso):* | **HG08368945** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James P. Swanseen, Esq. (SBN 159918), 43 Dowitcher Way, San Rafael, CA 94901
(415) 571-6403

DATE: JAN 3 1 2008   **PAT SWEETEN**   Clerk, by _Susan Erickam_ , Deputy
*(Fecha)*   **EXECUTIVE OFFICER/CLERK** *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

# **EXHIBIT B**

*6232393*

1  JAMES P. SWANSEEN, ESQ.
   Attorney at Law
2  (State Bar No. 159918)
   43 Dowitcher Way
3  San Rafael, CA  94901
   (415) 571-6403
4
   Attorney for Plaintiff
5  SHIRIN NATALIE SHERVIN

                                        F I L E D
6                                        ALAMEDA COUNTY

7                                        JAN 3 1 2008

                                        CLERK OF THE SUPERIOR COURT
8                                        By _____ Deputy

         SUPERIOR COURT OF CALIFORNIA

9              COUNTY OF ALAMEDA

10            UNLIMITED JURISDICTION

11                                        H G 0 8 3 6 8 9 3 2

12  SHIRIN NATALIE SHERVIN,        )   CASE NO.
                                   )
13        Plaintiff,               )   COMPLAINT FOR DAMAGES
                                   )
14  v.                             )
                                   )
15  CITY OF NEWARK, CALIFORNIA;    )
    ROBERT DOUGLAS; RICHARD LOPEZ; )
16  WILLIAM (BILL) SHAFFER;        )
    and DOES 1 to 100, inclusive,  )
17                                 )
          Defendants.              )
18  _____ )

19        COMES NOW plaintiff SHIRIN NATALIE SHERVIN and alleges as follows:

20                FIRST CAUSE OF ACTION
                  (Use of Excessive Force)
21
22        1.    Plaintiff is an 18-year-old female, born December 16, 1989,

    who was 16 years of age on the date of the December 7, 2006, incident
23
    that is the subject of this Complaint.  Plaintiff is a natural person
24
    and a U.S. citizen who resides in Marin County, California.
25
26        2.    Defendant CITY OF NEWARK, CALIFORNIA (hereinafter referred to

    as "CITY OF NEWARK") is, and at all times mentioned herein was, a
27
    municipal corporation duly organized under the laws of the State of
28
    California, situated in the County of Alameda.

                              -1-
    SHERs_P_01.wpd          Complaint for Damages

1   3. Defendants ROBERT DOUGLAS (Badge No. S9), RICHARD LOPEZ

2 (Badge No. 77), and WILLIAM (BILL) SHAFFER (Badge No. 46) are

3 individuals who at all times mentioned herein were employees of

4 defendant CITY OF NEWARK, employed as police officers, and in doing the

5 acts described herein were acting within the scope of their employment.

6   4. Defendants DOE 1 through DOE 100, inclusive, are sued herein

7 under fictitious names.  Their true names and capacities are unknown to

8 plaintiff.  When their true names and capacities are ascertained,

9 plaintiff will amend this Complaint by inserting their true names and

10 capacities herein.  Plaintiff is informed and believes and thereon

11 alleges that each of the fictitiously named defendants is responsible in

12 some manner for the occurrences herein alleged and that plaintiff's

13 damages as herein alleged were proximately caused by those defendants.

14 Each reference in this Complaint to "defendant," "defendants," or a

15 specifically named defendant refers also to all defendants sued under

16 fictitious names.

17   5. Plaintiff is informed and believes and thereon alleges that

18 at all times herein mentioned each of the defendants, including all

19 defendants sued under fictitious names, was the agent and employee of

20 each of the remaining defendants and, in doing the things hereinafter

21 alleged, was acting within the course and scope of this agency and

22 employment.

23   6. Plaintiff is required to comply, and has complied, with

24 applicable claims statutes.

25   7. This Court is the court of proper jurisdiction because the

26 injury to plaintiff which is the subject of this Complaint occurred

27 within the County of Alameda, California.

28   8. On or about December 7, 2006, at approximately 11:00 a.m.,

-2-

1  plaintiff was on the back deck of a house belonging to a friend,

2  Hooshang Bastan, at 5158 Hebrides Court, Newark, California.

3      9.   Plaintiff's father, Amir Shervin, then age 66, was with

4  plaintiff at that time.

5      10.  On December 7, 2006, plaintiff, at 5' tall and weighing less

6  than 100 lbs., was 16 years old.

7      11.  At that time and place, three members of the Newark Police

8  Department, believed to be the named defendants ROBERT DOUGLAS, RICHARD

9  LOPEZ, and WILLIAM (BILL) SHAFFER herein, approached plaintiff and her

10 father while they were on the above-referenced back deck of the

11 5158 Hebrides Court residence.

12     12.  As the named defendant officers approached plaintiff's

13 father, he said to them, "Good morning, officers.  Merry Christmas."

14     13.  Plaintiff was later informed and believes that the officers

15 were executing an arrest warrant, naming plaintiff's father, that was

16 issued out of San Francisco.

17     14.  However, at the time the three named defendant police

18 officers approached plaintiff and her father, as related above, said

19 officers never stated to plaintiff's father that he was under arrest or

20 gave any reason to plaintiff or her father for the officers' ensuing

21 conduct.

22     15.  Instead, Officer DOUGLAS grabbed her father's right hand and

23 twisted it behind her father's back.

24     16.  At the same time, one of the other two named defendant

25 officers grabbed her father's left hand and twisted it behind her

26 father's back as well.

27     17.  As her father asked what was going on, one or more of the

28 named defendant police officers kicked her father's feet out from under

-3-

1  him, causing him to land on the back of his head and his back, with his

2  arms behind him.

3      18.  As a result of the excessive force used by the named

4  defendant officers, and each of them, and fearing for her father's

5  safety and well-being, plaintiff ran to one of the named defendant

6  officers and tried to push him off her father.

7      19.  Plaintiff was thrown to the ground by one or more of the

8  named defendant officers, and one of said officers, who plaintiff

9  estimates weighed about 250 lbs., then sat on her, causing extreme pain

10  to her head, neck, and body.

11      20.  Plaintiff saw her father dragged from the back deck of the

12  5158 Hebrides Court residence by his arms; his hands were handcuffed

13  behind his back.

14      21.  At no time did plaintiff see her father attempt to resist

15  arrest or to make any combative or threatening gestures toward any of

16  the named defendant officers.

17      22.  The named defendant officers, and each of them, never stated

18  their intentions to plaintiff's father before grabbing him and throwing

19  him to the ground.

20      23.  One or more of the named defendant officers handcuffed

21  plaintiff and took her away by police car.

22      24.  In doing the acts alleged above, the named defendant police

23  officers, and each of them, acted with intent to make contact with

24  plaintiff's person.

25      25.  At no time did plaintiff consent to any of the acts of the

26  named defendant police officers alleged above.

27      26.  As a proximate cause of the excessive force used on plaintiff

28  by the named defendant police officers, and each of them, plaintiff

-4-

1  suffered injuries to her head, neck, and body.  Plaintiff was hurt and

2  injured in health, strength, and activity, sustaining injury to her

3  nervous system and person which continues to cause plaintiff great

4  mental, physical, emotional, and nervous pain and suffering to this day.

5      27.  Plaintiff witnessed the acts of excessive force upon her

6  father and the resulting physical and distress to him.  As a result,

7  plaintiff also has suffered emotional distress due to seeing her

8  father's ongoing residual emotional distress, which continues to this

9  date.  The acts of the named defendant officers, and each of them, in

10 the use of this excessive force, that were done in plaintiff's presence

11 are a foreseeable result of the intentional conduct of the officers, and

12 therefore such injury is a foreseeable result of that force.

13     28.  As a further, proximate result of the acts of the named

14 defendant police officers, and each of them, plaintiff has incurred, is

15 incurring, and will continue to incur medical and related expenses, the

16 full amount of which expenses is not known to plaintiff at this time.

17     29.  The aforementioned conduct of the named defendant police

18 officers, and each of them, was willful and malicious and was intended

19 to oppress and cause injury to plaintiff.  Plaintiff is therefore

20 entitled to an award of punitive damages.

21                    SECOND CAUSE OF ACTION
                    (Violation of Fourth Amendment Rights)

22

23     30.  Plaintiff hereby repleads the foregoing paragraphs 1 through

24 29, inclusive, and incorporates them as though they were fully set forth

   herein.

25

26     31.  Plaintiff's Second Cause of Action arises under 42 U.S.C.

27 § 1983 against defendants, and each of them, for violation of

28 plaintiff's Fourth Amendment right to be free from excessive force

1  during a personal seizure.

2      32.  This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

3      33.  At all times herein mentioned, named defendants DOUGLAS,

4  LOPEZ, and SHAFFER were law-enforcement officers employed by the Newark

5  Police Department and, in doing all the things mentioned herein, acted

6  under color of state law.

7      34.  At all times herein mentioned, named defendants DOUGLAS,

8  LOPEZ, and SHAFFER were acting within the scope of their employment with

9  defendant CITY OF NEWARK.

10     35.  Paragraphs 8 through 25, above, establish the use of

11 excessive force by defendants, and each of them, in violation of the

12 Fourth Amendment to the U.S. Constitution.

13     36.  As a direct and proximate result of the actions described

14 herein of defendants, and each of them, plaintiff has suffered the

15 injury, loss, and damages set forth in paragraphs 26 through 29,

16 inclusive.

17     37.  In acting as alleged in this Second Cause of Action,

18 defendants, and each of them, acted knowingly, willfully, and

19 maliciously and with reckless and callous disregard for plaintiff's

20 federally protected rights.

21                            **PRAYER**

22     WHEREFORE, plaintiff prays judgment on the above causes of action

23 against defendants, and each of them, as follows:

24                    <u>First Cause of Action</u>

25     As to the First Cause of Action, plaintiff prays:

26     1.  For general damages according to proof.

27     2.  For medical and related expenses, including for professional

28 psychiatric and/or psychological counseling, according to proof.

3.    For lost earnings, past and future, according to proof.

4.    For punitive damages.

5.    For interest as allowed by law.

6.    For costs of suit incurred in this action.

7.    For such other and further relief as the Court deems proper.

<u>Second Cause of Action</u>

As to the Second Cause of Action, plaintiff prays:

1.    For compensatory damages, in an amount to be determined according to proof at trial.

2.    For punitive damages, in an amount to be determined according to proof at trial.

3.    For reasonable attorney's fees, pursuant to 42 U.S.C. § 1988.

4.    For costs of suit incurred in this action.

5.    For such other and further relief as the Court deems proper.

Respectfully submitted,

Dated: _____1/29/08_____

James P. Swanseen
Attorney for Plaintiff SHIRIN
NATALIE SHERVIN

-7-

<u>VERIFICATION</u>

I, SHIRIN NATALIE SHIRVIN, am the plaintiff in the above-entitled action.  I have read the foregoing Complaint for Damages and know the contents thereof.  The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

Executed at San Rafael, California, on January 28 , 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Shirin Natalie Shervin*
Shirin Natalie Shervin

# SUMMONS
## *(CITACION JUDICIAL)*

*6232385*

*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;
RICHARD LOPEZ; WILLIAM (BILL) SHAFFER;
and DOES 1 to 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SHIRIN NATALIE SHERVIN

**FILED**
ALAMEDA COUNTY

JAN 3 1 2008

CLERK OF THE SUPERIOR COURT
By _Cecilia Orchundo_
                              Deputy

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
~~Fremont Hall of Justice~~ HAYWARD HALL OF JUSTICE
~~39439 Paseo Padre Parkway~~ 24405 AMADOR
~~Fremont, CA 94538~~ HAYWARD, CA

CASE NUMBER:
*(Número del Caso)*
**HG 08 368932**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James P. Swanseen, Esq. (SBN 159918), 43 Dowitcher Way, San Rafael, CA 94901
(415) 571-6403

DATE JAN 3 1 2008   PAT SWEETEN          Clerk, by _Cecilia Orchundo_   , Deputy
*(Fecha)*         EXECUTIVE OFFICER/CLERK   *(Secretario)*          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. | www.USCourtForms.com

1

## PROOF OF SERVICE

2

Amir Shervin v. City of Newark, et al.

3

United States District Court Northern District of California Case No. CV 08 1631 VRW

4

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 1, 2008**, I served the following document(s) described as **DECLARATION OF DANIELLE K. LEWIS IN SUPPORT OF MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** on the interested parties in this action as follows:

5

6

7

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

8

James P. Swanseen, Esq.                    Attorney For Plaintiff AMIR SHERVIN
Attorney at Law
43 Dowitcher Way
San Rafael, CA 94901
Tel: (415) 571-6403

9

10

11

The Honorable Edward M. Chen              Magistrate Judge (Courtesy Copy to
United States District Court               Judge's Chambers)
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102
Tel: (415) 522-2034

12

13

14

15

☐  **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

16

17

18

19

20

☐  **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

21

☐  **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

22

23

☐  **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

24

25

☒  **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

26

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

148674.1  555.24827

1

1

2  Executed on **April 1, 2008**, at San Francisco, California.

3

4  LAURA TALESNIK

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

148674.1  555.24827

1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William Shaffer

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 AMIR SHERVIN,                    CASE NO.  CV 08 1631 VRW

12          Plaintiff,

13     v.                           **[PROPOSED] ORDER**

14 CITY OF NEWARK, CALIFORNIA;
   ROBERT DOUGLAS; RICHARD LOPEZ;
15 WILLIAM SHAFFER; and DOES 1 to
   100, inclusive,
16
            Defendants.
17

18

19 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

20      The motion of defendants City of Newark, California; Robert

21 Douglas; Richard Lopez; and William Shaffer (hereafter referred

22 to collectively as "NEWARK" or "defendants") to consider whether

23 cases should be related, has been considered by this court.

24 After full consideration of the moving and opposition papers, the

25 evidence submitted by the parties, the arguments of counsel, all

26 other matters presented to the court associated with the subject

27 motion and good cause appearing therefor:

28 ///

                              1

Selman Breitman LLP
ATTORNEYS AT LAW

1       IT IS ORDERED that NEWARK'S Motion to Consider Whether Cases

2   Should Be Related is hereby granted.

3       The matters of <u>Amir Shervin v. City of Newark, California;</u>

4   <u>Robert Douglas; Richard Lopez; William Shaffer and Does 1 to 100</u>

5   and <u>Shirin Natalie Shervin v. City of Newark, California; Robert</u>

6   <u>Douglas; Richard Lopez; William (Bill) Shaffer</u> are hereby deemed

7   related.  The matter of <u>Shirin Natalie Shervin v. City of Newark,</u>

8   <u>California, et al.,</u> case number CV 08 1632 EMC, is hereby

9   transferred to this Court for all purposes.

10

11      IT IS SO ORDERED:

12

13  Dated: _____    _____

14                                Vaughn R. Walker
                                  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Selman Breitman** LLP
ATTORNEYS AT LAW

148913.1  555.24827

[PROPOSED] ORDER
CV 08 1631 VRW

## PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 1, 2008**, I served the following document(s) described as **[PROPOSED] ORDER** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

James P. Swanseen, Esq.                    Attorney For Plaintiff AMIR SHERVIN
Attorney at Law
43 Dowitcher Way
San Rafael, CA 94901
Tel: (415) 571-6403

The Honorable Edward M. Chen              Magistrate Judge (Courtesy Copy to
United States District Court              Judge's Chambers)
Northern District of California
U.S. Courthouse
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102
Tel: (415) 522-2034

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☒ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Selman Breitman LLP
ATTORNEYS AT LAW

148674.1  555.24827

1

1    Executed on **April 1, 2008**, at San Francisco, California.

2

3                                                    _____
                                                     LAURA TALESNIK

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

148674.1  555.24827

2