1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William Shaffer

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12 AMIR SHERVIN,                        CASE NO.  CV 08 1631 VRW

13        Plaintiff,                    **STIPULATION TO EXTEND TIME TO
                                        ANSWER OR OTHERWISE RESPOND TO
14     v.                               THE COMPLAINT**

15 CITY OF NEWARK, CALIFORNIA;
   ROBERT DOUGLAS; RICHARD LOPEZ;
16 WILLIAM SHAFFER; and DOES 1 to
   100, inclusive,
17
          Defendants.
18

19

20     **THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:**

21     1.   Pursuant to Civil L.R. 6-1(a), the parties agree to

22 extend the time within which defendants CITY OF NEWARK,

23 CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM SHAFFER

24 (hereafter referred to collectively as "defendants") shall file

25 their Answer or otherwise respond to the Complaint.

26     2.   The time within which defendants shall file their

27 Answer or otherwise respond to the Complaint is extended by a

28 period of two (2) weeks.

1  3. Defendants shall file their Answer or otherwise respond
2  to the Complaint by April 22, 2008.
3
4  DATED: April 7, 2008
5
6                              By: /s/ James P. Swanseen
7                                  JAMES P. SWANSEEN
                                   Attorneys for Plaintiff AMIR
8                                  SHERVIN
9  DATED: April 7, 2008       SELMAN BREITMAN LLP
10
11                             By: /s/ Danielle K. Lewis
12                                 GREGG A. THORNTON
                                   DANIELLE K. LEWIS
13                                 Attorneys for Defendants
                                   CITY OF NEWARK, CALIFORNIA;
14                                 ROBERT DOUGLAS; RICHARD LOPEZ;
                                   WILLIAM SHAFFER
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Selman Breitman LLP
ATTORNEYS AT LAW

149219.1 565.24822

## PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 7, 2008**, I served the following document(s) described as **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff AMIR SHERVIN |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 7, 2008**, at San Francisco, California.

_/s/ Laura Talesnik_
LAURA TALESNIK

149313.1  555.24827

1