1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William Shaffer

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 AMIR SHERVIN,                    CASE NO.  CV 08 1631 VRW

12       Plaintiff,

13       v.                         **DEMAND FOR JURY TRIAL**

14 CITY OF NEWARK, CALIFORNIA;
   ROBERT DOUGLAS; RICHARD LOPEZ;
15 WILLIAM SHAFFER; and DOES 1 to
   100, inclusive,
16
         Defendants.
17

18

19       Defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;

20 RICHARD LOPEZ; and WILLIAM SHAFFER, hereby demand trial by jury

21 in this action.

22

23 DATED: April 7, 2008       SELMAN BREITMAN LLP

24

25                            By: /s/ Danielle K. Lewis
                                  GREGG A. THORNTON
26                                DANIELLE K. LEWIS
                                  Attorneys for Defendants
27                                CITY OF NEWARK, CALIFORNIA;
                                  ROBERT DOUGLAS; RICHARD LOPEZ;
28                                WILLIAM SHAFFER

                                  1

**PROOF OF SERVICE**

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 7, 2008**, I served the following document(s) described as **DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff AMIR SHERVIN |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 7, 2008**, at San Francisco, California.

*Laura Talesnik*
LAURA TALESNIK

149313.1  555.24827

1