GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William Shaffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM SHAFFER; and DOES 1 to<br>100, inclusive,<br><br>    Defendants. | CASE NO.  CV 08 1631 VRW<br><br>**DEFENDANT NEWARK'S NOTICE OF MOTION AND MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>FRCP 12(f)<br><br>Date : June 5, 2008<br>Time : 2:30 p.m.<br>Ctrm : 6<br>Judge: Hon. Vaughn R. Walker |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on June 5, 2008, in Courtroom 6, at 2:30 p.m., or as soon thereafter as the matter may be heard, in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, defendants CITY OF NEWARK, CALIFORNIA (hereafter "CITY OF NEWARK"); ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred to collectively as "NEWARK" or "defendants") will move the court to strike the

1

following portions of the complaint pursuant to Federal Rule of Civil Procedure 12(f):

> "Plaintiff is therefore entitled to an award of punitive damages." (See Plaintiff's Complaint p.5, ln.28 to p.6, ln.1)

> "For punitive damages. " (See Prayer for Relief, First Cause of Action ¶4)

> "For punitive damages, in an amount to be determined according to proof at trial." (See Prayer for Relief, Second Cause of Action ¶2)

The motion to strike is based on the grounds that plaintiff's claim for punitive damages is inadequately pled as plaintiff is barred from seeking punitive damages against CITY OF NEWARK.

The motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers filed in this action thus far, and on any and all further evidence that may be presented at or before the hearing on this motion.

///
///
///
///
///

DATED: April 22, 2008        SELMAN BREITMAN LLP

                             By:  /s/ Danielle K. Lewis
                                  GREGG A. THORNTON
                                  DANIELLE K. LEWIS
                                  Attorneys for Defendants
                                  CITY OF NEWARK, CALIFORNIA;
                                  ROBERT DOUGLAS; RICHARD LOPEZ;
                                  WILLIAM SHAFFER

148804.1 555.24827

# PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 22, 2008**, I served the following document(s) described as **DEFENDANT NEWARK'S NOTICE OF MOTION AND MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403 | Attorney For Plaintiff AMIR SHERVIN |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 22, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

149311.1  555.24827

1