1   GREGG A. THORNTON (SBN 146282)
    DANIELLE K. LEWIS (SBN 218274)
2   SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
3   San Francisco, CA  94105
    Telephone: (415) 979-0400
4   Facsimile: (415) 979-2099

5   Attorneys for Defendants
    City of Newark, California;
6   Robert Douglas; Richard Lopez;
    and William Shaffer
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12   AMIR SHERVIN,                    CASE NO.  CV 08 1631 VRW

13            Plaintiff,              [PROPOSED]

14        v.                          ORDER GRANTING DEFENDANT NEWARK'S
                                      MOTION TO STRIKE PRAYER FOR
15   CITY OF NEWARK, CALIFORNIA;      PUNITIVE DAMAGES
     ROBERT DOUGLAS; RICHARD LOPEZ;
16   WILLIAM SHAFFER; and DOES 1 to   FRCP 12(f)
     100, inclusive,
17                                    Date : June 5, 2008
              Defendants.             Time : 2:30 p.m.
18                                    Ctrm : 6
                                      Judge : Hon. Vaughn R. Walker
19

20

21   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22        The motion of defendants CITY OF NEWARK, CALIFORNIA; ROBERT

23   DOUGLAS; RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred

24   to collectively as "NEWARK" or "defendants") to strike the prayer

25   for punitive damages, came on regularly for a hearing before this

26   court on June 5, 2008.  Danielle K. Lewis appeared on behalf of

27   moving parties, defendants NEWARK.  James P. Swanseen appeared on

28   behalf of plaintiff AMIR SHERVIN.  After full consideration of

Selman Breitman LLP
ATTORNEYS AT LAW

1   the moving and opposition papers, the evidence submitted by all

2   parties, the arguments of counsel, all other matters presented to

3   the court associated with the subject motion to strike pursuant

4   to Federal Rule of Civil Procedure 12(f), and good cause

5   appearing therefor:

6        IT IS ORDERED that NEWARK'S Motion to Strike Prayer for

7   Punitive Damages is hereby granted.

8        The following language is stricken from Paragraph 32 of the

9   complaint:  "Plaintiff is therefore entitled to an award of

10  punitive damages."

11       The following language is stricken from Paragraph 4 of the

12  Prayer for Relief under the First Cause of Action:  "For punitive

13  damages."

14       The following language is stricken from Paragraph 2 of the

15  Prayer for Relief under the Second Cause of Action:  "For

16  punitive damages, in an amount to be determined according to

17  proof at trial."

18

19       IT IS SO ORDERED:

20

21  Dated: _____        _____

22                                         Vaughn R. Walker
                                           United States District Judge
23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING MOTION TO STRIKE
CV 08 1631 VRW

Selman Breitman LLP
ATTORNEYS AT LAW

**Selman Breitman LLP**
ATTORNEYS AT LAW

## PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **April 22, 2008**, I served the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT NEWARK'S MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

James P. Swanseen, Esq.                    Attorney For Plaintiff AMIR SHERVIN
Attorney at Law
43 Dowitcher Way
San Rafael, CA 94901
Tel: (415) 571-6403

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 22, 2008**, at San Francisco, California.

_Laura Talesnik_
LAURA TALESNIK