1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William Shaffer
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  AMIR SHERVIN,                    CASE NO.  CV 08 1631 VRW

12          Plaintiff,

13      v.                           **PROOF OF SERVICE OF CLERK'S
                                     NOTICE**
14  CITY OF NEWARK, CALIFORNIA;
    ROBERT DOUGLAS; RICHARD LOPEZ;
15  WILLIAM SHAFFER; and DOES 1 to
    100, inclusive,
16
            Defendants.
17

18
    SHIRIN NATALIE SHERVIN,
19                                   RELATED CASE NO. CV 08 1632 VRW
            Plaintiff,
20
21      v.

22  CITY OF NEWARK, CALIFORNIA;
    ROBERT DOUGLAS; RICHARD LOPEZ;
23  WILLIAM SHAFFER; and DOES 1 to
    100, inclusive,
24
            Defendants.
25

26      On April 30, 2008, the above-referenced Court issued a

27  Clerk's Notice in connection with the two above-referenced

28
                              1

150628.1 555.24827

1  related cases.  That Clerk's Notice continued the dates for: (1)

2  the defendants' pending motion to dismiss in both cases, (2) the

3  defendants' pending motion to strike in both cases, as well as

4  (3) the initial case management conference in these matters.

5      Furthermore, the Court directed the defendants to serve a

6  copy, and file with the court, proof of service of the Clerk's

7  Notice on any party in this action not appearing on the court's

8  Notice Electronic Filing.  Attached hereto is a true and correct

9  copy of the Clerk's Notice.

10

11  DATED: May 1, 2008          SELMAN BREITMAN LLP

12

13                         By:  _____

14                              GREGG A. THORNTON
                                DANIELLE K. LEWIS
15                              Attorneys for Defendants
                                CITY OF NEWARK, CALIFORNIA;
16                              ROBERT DOUGLAS; RICHARD LOPEZ;
                                WILLIAM SHAFFER

17

18

19

20

21

22

23

24

25

26

27

28

2

Selman Breitman LLP
ATTORNEYS AT LAW

150628.1 555.24827

1
2
3            IN THE UNITED STATES DISTRICT COURT
4
5         FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRIN NATALIE SHERVIN,
6                                        No.  C 08-1631  VRW
          Plaintiff,                     Related to C08-1632 VRW
7
      v.                                 **CLERK'S NOTICE**
8
CITY OF NEWARK, et al.,
9
          Defendants.
10   _____/

11
     (Defendant is directed to serve a copy, and file with the court,  proof of service, of this notice on any party
12   in this action not appearing on the court's  Notice of Electronic Filing .)

13        YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on  Defendants'
14   Motion to Dismiss and Motion to Strike to **August 21, 2008 at 2:30 PM.**
15   You are further Notified that the Case Management Conference presently scheduled for
16   July 3, 2008 shall be continued to **September 18, 2008 at 3:30 PM.**   Please report to
17   Courtroom  6, on the 17ᵗʰ floor, 450 Golden Gate Avenue, San Francisco, California.
18   Parties requesting a continuance shall submit a stipulation and proposed order. If parties are
19   unable to reach a stipulation, the requesting party shall submit an exparte application with a
20   proposed order.
21   Dated: April 30, 2008
22
                                   FOR THE COURT,
23                                 Richard W. Wieking, Clerk

24
25                                 By: *Cora Klein*
                                   _____
26                                 Courtroom Deputy Clerk to
                                   Chief Judge Vaughn R Walker
27
28

**Gregg A. Thornton**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov [ECF-CAND@cand.uscourts.gov]    **Sent:** Wed 4/30/2008 3:59 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Cc:** | |
| **Subject:** | Activity in Case 3:08-cv-01631-VRW Shervin v. City of Newark, California et al Clerk's Notice |
| **Attachments:** | |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/30/2008 3:59 PM and filed on 4/30/2008
**Case Name:**      Shervin v. City of Newark, California et al
**Case Number:**    3:08-cv-1631
**Filer:**
**Document Number:** 15

**Docket Text:**
**CLERK'S NOTICE : YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendants' Motion to Dismiss and Motion to Strike to August 21, 2008 at 2:30 PM.You are further Notified that the Case Management Conference presently scheduled for July 3, 2008 shall be continued to September 18, 2008 at 3:30 PM. (Defendant is directed to serve a copy, and file with the court, proof of service, of this notice on any party in this action not appearing on the courts Notice of**

**Electronic Filing.) Case Management Conference set for 9/18/2008 03:30 PM. Case Management Statement due by 9/12/2008. Motion Hearing set for 8/21/2008 02:30 PM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 4/30/2008)**

Case Name:       Shervin v. City of Newark, California et al
Case Number:    3:08-cv-1632
Filer:
Document Number: 20

Docket Text:
**CLERK'S NOTICE : YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendants' Motion to Dismiss and Motion to Strike to August 21, 2008 at 2:30 PM. You are further Notified that the Case Management Conference presently scheduled for July 3, 2008 shall be continued to September 18, 2008 at 3:30 PM. (Defendant is directed to serve a copy, and file with the court, proof of service, of this notice on any party in this action not appearing on the courts Notice of Electronic Filing.) Case Management Conference set for 9/18/2008 03:30 PM. Case Management Statement due by 9/12/2008. Motion Hearing set for 8/21/2008 02:30 PM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 4/30/2008)**

**3:08-cv-1631 Notice has been electronically mailed to:**

Danielle Kono Lewis    dlewis@selmanbreitman.com

Gregg Anthony Thornton , Esq    gthornton@selmanbreitman.com

**3:08-cv-1631 Notice has been delivered by other means to:**

James Paul Swanseen
Attorney at Law
43 Dowitcher Way
San Rafael, CA 94901

**3:08-cv-1632 Notice has been electronically mailed to:**

Danielle Kono Lewis    dlewis@selmanbreitman.com

Gregg Anthony Thornton , Esq    gthornton@selmanbreitman.com

**3:08-cv-1632 Notice has been delivered by other means to:**

James Paul Swanseen
Attorney at Law
43 Dowitcher Way
San Rafael, CA 94901

The following document(s) are associated with this transaction:

http://66.153.58.1/exchange/GThornton/Inbox/Activity%20in%20Case%203:08-cv-01631-...  4/30/2008

**Document description:** Main Document
**Original filename:** G:\VRWALL\PDFtoEFILE\CLKNTC.MOT.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/30/2008] [FileNumber=4350846-0]

[3047b0f5a91ed7cdd56101eb1c7e1a7ca5bb8c2a1ec7613d0b79336dde4c497571b5d
4b4d7bb8b97d4e1fdf9f4305c80c3b8cee980e5488602cfd13a32dabfab]]

**United States District Court**
For the Northern District of California

1
2
3          IN THE UNITED STATES DISTRICT COURT
4
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6    SHIRIN NATALIE SHERVIN,                   No.  C 08-1631  VRW
                                               Related to C08-1632 VRW
7              Plaintiff,

8         v.                                   **CLERK'S NOTICE**

     CITY OF NEWARK, et al.,
9
               Defendants.
10   _____/

11
     (Defendant is directed to serve a copy, and file with the court, proof of service, of this notice on any party
12   in this action not appearing on the court's Notice of Electronic Filing .)

13        YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendants'
14
     Motion to Dismiss and Motion to Strike to **August 21, 2008 at 2:30 PM.**
15
     You are further Notified that the Case Management Conference presently scheduled for
16
     July 3, 2008 shall be continued to **September 18, 2008 at 3:30 PM.**   Please report to
17
     Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.
18
     Parties requesting a continuance shall submit a stipulation and proposed order. If parties are
19
     unable to reach a stipulation, the requesting party shall submit an exparte application with a
20
     proposed order.
21
     Dated: April 30, 2008
22
23                                    FOR THE COURT,
                                      Richard W. Wieking, Clerk
24
25                                    By: *Cora Klein*
26                                    Courtroom Deputy Clerk to
                                      Chief Judge Vaughn R Walker
27
28

**Document description:** Main Document
**Original filename:** G:\VRWALL\PDFtoEFILE\CLKNTC.MOT.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/30/2008] [FileNumber=4350846-0]

[3047b0f5a91ed7cdd56101eb1c7e1a7ca5bb8c2a1ec7613d0b79336dde4c497571b5d
4b4d7bb8b97d4e1fdf9f4305c80c3b8cee980e5488602cfd13a32dabfab]]

1

**PROOF OF SERVICE**

2

Amir Shervin v. City of Newark, et al.

3

United States District Court Northern District of California Case No. CV 08 1631 VRW

(Related Case No. CV 08 1632 VRW)

4

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **May 1, 2008**, I served the following document(s) described as **PROOF OF SERVICE OF CLERK'S NOTICE** on the interested parties in this action as follows:

5

6

7

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

8

James P. Swanseen, Esq.                  Attorney For Plaintiff AMIR SHERVIN
Attorney at Law

9

43 Dowitcher Way
San Rafael, CA 94901

10

Tel: (415) 571-6403

11

☒   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12

13

14

15

16

☐   **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

17

18

☐   **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

19

☐   **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

20

21

☐   **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

22

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

24

Executed on **May 1, 2008**, at San Francisco, California.

25

26

LAURA TALESNIK

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

148674.1  555.24827

1