```
1  JAMES P. SWANSEEN, ESQ.
   Attorney at Law
2  (State Bar No. 159918)
   336 Bon Air Center, Suite 270
3  Greenbrae, CA  94904
   (415) 571-6403
4
   Attorney for Plaintiff
   AMIR SHERVIN
```

FILED
08 MAY -1 PH 12:01
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM (BILL) SHAFFER;<br>and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. CV081631VRW<br><br>NOTICE OF MOTION AND MOTION TO<br>WITHDRAW AS COUNSEL<br>[Civil Local Rule 11-5(a)]<br><br>DATE: 6/19/08<br>TIME: 2:30<br>DEPT.: 6 |

TO PLAINTIFF AMIR SHERVIN AND ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that on ____6/19____, 2008, at __2:30__ P.m., or as soon thereafter as counsel may be heard by the above-entitled Court, at 450 Golden Gate Avenue, Department __6__, Room ____, San Francisco, California, plaintiff will, and hereby does, move for an order permitting plaintiff's counsel, James P. Swanseen, to withdraw as plaintiff's attorney of record.

### MOTION TO WITHDRAW

    I, James P. Swanseen, attorney of record for plaintiff AMIR SHERVIN, move the Court to permit me to withdraw as counsel herein, on

-1-

the following grounds:

1.  In 1980, I suffered severe ear infections in both ears, which infections caused both eardrums to rupture and hemorrhage.

2.  I have suffered chronic ear problems since, resulting in additional ear infections and secondary bronchial and sinus infections. (For example, see attached Exhibit A, incorporated herein by reference.)

3.  Approximately eight months ago I began having more hearing problems, as the eustachian tubes became "sealed" from inner-ear swelling.

4.  Approximately two months ago I contracted a particularly virulent form of influenza whose symptoms included fever, vomiting, and diarrhea, as well as a severe chronic cough from bronchitis. This condition exacerbated the ear infections, producing painful earaches as well as further hearing loss.

5.  This further complication has resulted in my recently having to make special trips to both UCSF's emergency room and San Francisco General's urgent-care facility. (See attached Exhibits B and C, incorporated herein by reference.)

6.  In addition to the health problems just mentioned, my hearing has diminished to the point where I am unable to distinguish normal conversation clearly and, more significantly, discussion such as transpires in a courtroom setting.

7.  I have made appointments with specialists at San Francisco General to determine the extent of my hearing loss; what solutions, if any, might remedy that; and what measures might be available to me to stem the continuing health problems to which these chronic ear infections lead.

8.  At this point I have no idea what medical measures can be

implemented, nor how long it will take to correct the problems.

9. I therefore feel it is in plaintiff's best interest that I be permitted withdraw as his attorney.

Respectfully submitted,

Dated: April 28, 2008

James P. Swanseen
Attorney for Plaintiff AMIR SHERVIN

### POINTS AND AUTHORITIES

It is a well-established rule that good cause must be shown to permit counsel to withdraw as an attorney of record. The ill health of counsel has long been recognized as sufficient grounds and good cause for a court to issue an order granting withdrawal.

Further, counsel herein, James P. Swanseen, has submitted the instant motion to withdraw at the very outset of the case so that neither plaintiff nor the defendants will be prejudiced by its timing.

Mr. Swanseen has spoken with plaintiff and has notified defendants' counsel by telephone that this motion would be forthcoming and will serve the parties with notice of this motion as required by the Rules of Court.

Dated: April 28, 2008

James P. Swanseen
Attorney for Plaintiff AMIR SHERVIN

AUG-31-98 MON 16:07    DR ⬛⬛⬛A-MD ET AL    FAX NO. 415⬛⬛    P. 01

# UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO   SANTA BARBARA · SANTA CRUZ

ANIL K. LALWANI, MD
DEPARTMENT OF OTOLARYNGOLOGY—HEAD & NECK SURGERY
A730, 400 PARNASSUS AVENUE
SAN FRANCISCO, CALIFORNIA 94143-0342

OTOLOGY & NEUROTOLOGY
Tel. (415) 476-0757
Fax. (415) 476-3591
Email: lalwani@itsa.ucsf.edu

August 5, 1998

Dr. Anthony Martel
1300 Eliseo Drive, Ste. 200
Greenbrae, CA 94904

Re:  SWANSEEN, James
UC#  3526484-1
DOB: 02/21/48

Dear Dr. Martell:

I had the pleasure of seeing James Swanseen in the Otologic and Neurotologic Offices at UCSF.

Mr. Swanseen is a 50-year-old gentleman with a long history of eustachian tube dysfunction and ear infections. His problem began in 1980 when he suffered an episode of acute otitis media associated with bilateral tympanic membrane perforations. Subsequently, he had chronic recurrent infections of the ear. Between 1980 and 1998, he has at least had one episode a year of otitis media, which would stay for at least a couple of months prior to resolution. His chief complaint with each of these episodes was the otalgia associated with hearing loss, and the infections usually occurred around the time of his birthday. His most recent infection occurred at Christmas of 1997, and it was subsequently resolved in late March or early April of 1998. His chief complaint with this episode was his head feeling plugged. He did not have otorrhea or otalgia with this most recent episode. He did, however, have bronchitis at the time. The decongestants have not helped him over time. In absence of infections, his hearing is normal. He does have roaring tinnitus with his infections. He occasionally feels off balance, especially with his otitis media.

His past medical history is significant for a left knee surgery in 1969, he has no medical problems. He has no known drug allergies, and currently takes no medications. He does smoke two packs of cigarettes per day. He is a trial lawyer.

PHYSICAL EXAMINATION:
Examination of the ear demonstrates normal appearing auricles, external auditory canals, and tympanic membranes bilaterally, except for a small retraction pocket in the pars flaccida in the right ear. Rinne testing demonstrates air conduction greater than bone conduction bilaterally. His Weber test lateralizes possibly to the left. His facial nerve function is grade I/VI, and is normal bilaterally.

*Saul and Ida Epstein Otoneurological Laboratories*

Re: SWANSEEN, James
August 5, 1998
Page 2

IMPRESSION:
1. Eustachian tube dysfunction.
2. Recurrent acute otitis media.

RECOMMENDATION:
I have had a long discussion with Mr. Swanseen regarding his recurrent ear infections as well as eustachian tube dysfunction. We discussed the possible effect of tobacco on the upper respiratory tract, including dysfunction of the eustachian tube. We briefly discussed the thought of quitting smoking to alleviate the problem. In addition, I will need his old audiograms, as well as a new audiologic evaluation to assess his hearing. If this problem recurs, and is extremely disabling, he would benefit from bilateral myringotomy and tube placement.

Thank you for letting me participate in Mr. Swanseen's care. If you have any additional questions, please feel free to call me.

Sincerely,

Anil K. Lalwani, M.D.
Associate Professor

AKL:osl/jmm
d: 08/08/98 t: 08/08/98





# UCSF

Medical Center - University of California, San Francisco
505 Parnassus, San Francisco CA 94143-0208
(415) 353 1037

**Emergency Department**
**Discharge Instructions**

Med Rec # 252 64 84-1
Visit number 14417313
SWANSEEN, JAMES

Date of visit  Fri, Apr 18, 2008

-------------------- DISCHARGE INSTRUCTIONS for ED VISIT --------------------
We have examined and treated you today on an emergency basis only. This is not a substitute for comprehensive medical care. You should perform the follow up care recommended below to complete this treatment. If you had tests such as x-rays or cultures, the final results will be reviewed by other specialists after your visit and you will be notified if necessary.

Patient SWANSEEN, JAMES was evaluated and treated in the UCSF Medical Center Emergency Department by Peter Knott, FNP-C, discharged from the ED on 4/18/2008 and given the following instructions for further care and outpatient follow-up.
**DIAGNOSIS was Otitis media, chronic eustachian tube dysfunction, hearing loss, cerumen impaction ( earwax blockage)**
A PRESCRIPTION was written for the patient for Azithromycin 250 mg #6 Sig: 2 tabs po first day then 1 daily po and for Ibuprofen 400 mg #30  Sig: 1 po qid with food prn no refills and for Robitussin AC  8oz 2 tsp (10 cc) po q 6 hrs prn

-------------------- STANDARDIZED INSTRUCTIONS --------------------
Otitis media is an infection of the middle ear. This infection may be caused by either bacteria or viruses, and may be preceded by an upper respiratory infection of the nose or throat.
**INSTRUCTIONS:**
   *If antibiotics have been prescribed, take them for the entire time length prescribed.
   *Your provider may prescribe medicine for pain, or you may use a non-prescription pain reliever such as acetaminophen (tylenol) or ibuprofen.
   *You may apply a warm compress near the ear for 15 – 20 minutes at a time to relieve discomfort.
   *Avoid smoking.
   *If you are required to fly while you are being treated for an ear infection, discuss this with your medical provider (doctor, PA or NP).
   *Rest or reduce activity until fever and pain subside.
**CALL YOUR MEDICAL PROVIDER FOR THE FOLLOWING:**
   *Severe headache.
   *Dizziness
   *Fever over 101°F (38.3C).
   *Earache which persists for longer than 2 days despite treatment.
   *Discharge of blood or pus from ear.
   *New, unexplained or worsening symptoms.
   ------------End of Standard Instruction Set---------------
Overproduction of earwax (cerumen) can cause blockage of the external ear canal. This causes ear pain, decreased hearing, ringing in the ears, or a plugged up feeling.
**TREATMENT**
To remove earwax at home:
    *Buy non-prescription wax-softening ear drops.
    *Lie down with the affected ear toward the ceiling.
    *Pull the top of the ear gently up and back toward the back of the head.
    *Instill the ear drops; use the amount given in the package directions.
    *Leave the drops in the ear for 20 minutes. Continue to lie down, if possible. Plug the ear with cotton.
    *Sit up, leaning a little toward the affected side.
    *Use a soft rubber bulb syringe to irrigate the ear canal gently with plain warm water or equal parts warm water and hydrogen peroxide.

---

Sorry, but UCSF policy does not allow us to dispense any medications or samples for you to take home.
**ED phone access 415 353 1037**
**Problems with followup after ED visit 415 353 1550**

Copy for Patient

UCSF Clinic and Physician phones, addresses, and maps are available on the web at
*http://www.ucsfhealth.org/adult/patient_guide/all_clinics.html*

Page 1

# UCSF

505 Parnassus    San Francisco CA 94143-0208
(415) 353 1037
**Emergency Department**
**Discharge Instructions**

Medical Center - University of California, San Francisco
Med Rec# 352 64 84-1
Visit number 14417313
SWANSEEN, JAMES

Date of visit Fri, Apr 18, 2008

*Repeat irrigations until the ear feels clear. If the ear doesn't clear, call your doctor, so that wax can be removed with a probe, hook or forceps or by suction.

*Don't try to remove wax with a stick or cotton swab. You may damage the eardrum or cause infection in the ear canal.

Caution: If you have a perforated eardrum, don't try to remove wax, call your doctor.

**CALL YOUR DOCTOR IF YOU DEVELOP:**

*You or a family member has symptoms of an earwax blockage that does not clear, despite treatment described above.

*Fever and ear pain accompany an earwax blockage. Do not irrigate under these conditions

------------End of Standard Instruction Set----------------

CUSTOM INSTRUCTIONS: The following additional instructions were given:

**Please follow up with Urgent Care Clinic SFGH on Monday or TUesday morning for recheck and to obtain their assistance with audiometry testing and Ear Nose and THroat head and neck specialist follow up.**

**You will need further outpatient diagnostic testing or treatment as suggested by your emergency provider to complete the assessment begun in the ED. If you have problems arranging followup at UCSF, call 415 353 1550**

--------------------RECOMMENDED FOLLOW UP CARE --------------------

Please make an appointment with San Francisco General Hospital on next available date, phone 206-5166. Appointments are required for all clinics and you will probably need a referral from your primary MD.
If you have problems arranging recommended followup, you can call 415 353 1550

--------------------MEDICATION RECONCILIATION --------------------

You should CONTINUE taking the medications listed here that you told us had been previously prescribed for you: none.
You should take the medications newly prescribed for you in this Emerg. Dept. visit, Azithromycin 250 mg #6 DOSING - 2 tabs by mouth first day then 1 daily po; Ibuprofen 400 mg #30 DOSING - 1 by mouth four times a day with food as needed ; Robitussin AC 8oz 2 tsp (10 cc) by mouth every 6 hrs prn. Also read and follow the more detailed instructions on the prescription container from the pharmacy.

First printed at 4/18/2008 5:33:08 PM

---

Sorry, but UCSF policy does not allow us to dispense any medications or samples for you to take home.
ED phone access 415 353 1037
Problems with followup after ED visit 415 353 1550

**Copy for Patient**

UCSF Clinic and Physician phones, addresses, and maps are available on the web at
http://www.ucsfhealth.org/adult/patient_guide/all_clinics.html

Page 2

# COMMUNITY HEALTH NETWORK OF SAN FRANCISCO
## OUTPATIENT CONSULTATION REQUEST

SWANSEEN, [illegible] ES
02/21/1948    M

CONSULT APPT. DATE _____    APPT. TIME _____    Med. Rec. #

MRN 01706084

| DATE REFERRED: 4-21-08 | PATIENT PHONE: | | | |
|---|---|---|---|---|
| TO: (Clinic or Consultant) Audiology | | Location/Svc. | ☐ SFGHMC, 1001 Potrero, San Francisco ☐ Other SF GEN EAR D | |
| REFERRING PROVIDER: (print) Starks | SIGN: [signature] | Location/Svc. urgent clinic | CHN # G08227 | Phone Pager 322-4421 | FAX |
| REFERRING ATTENDING: (if different) (print) | SIGN: | Location/Svc. | CHN # | Phone Pager | FAX |
| PRIMARY PROVIDER: (if different from Referring Provider) (print) | | Location/Svc. | CHN # | Phone Pager | FAX |

Referring provider: Complete top part of form and fax to consultant. For Tertiary Care patients, fax request to Utilization Management office at (415) 206-6587. Health Plans may require an additional authorization form or phone call.

☐ For Tertiary Care Patients: Authorization # _____ Approved by: _____ Date: _____ Exp. date: _____

REASON FOR CONSULTATION: (Include pertinent history, physical laboratory findings, medications) ☐ See LCR progress notes, date(s) _____

Long standing h/o of Eustachian tube dis'ease by ENT + did [illegible]

REFERRED FOR: ☐ OPINION  ☐ TREATMENT/PROCEDURES        REPLY REQUESTED BY: ☐ PHONE ☐ FAX ☐ LCR
☐ URGENT (w/in 48 hrs)   ☐ NOT URGENT                  NO. OF VISITS REQUESTED ☐1 ☐2 ☐3 ☐OTHER___

☐ PLEASE CALL PRIMARY PROVIDER AND ME (IF NOT PRIM. PROV.) IF ANY ☐ PROCEDURES, ☐ SURGERY OR ☐ ADMISSION PLANNED

CONSULTANT'S REPORT: DATE SEEN: _____    ☐ See LCR progress notes, date(s) _____
FINDINGS/ASSESSMENT AND PLAN:

**ATTACH PROGRESS NOTE IF NEEDED**

| CONSULTANT (PRINT): | SIGN: | CHN # | PHONE | BEEPER | FAX |
|---|---|---|---|---|---|
| ATTENDING (PRINT): | SIGN: | CHN # | PHONE | BEEPER | FAX |

DATE INFORMATION SENT TO REFERRING/PRIMARY PROVIDER: _____ BY: PHONE:___ FAX___
Consultant: complete form; file original in patient's chart; return copy to referring provider or primary provider by fax.

White Copy - Referring Provider • Yellow Copy - Clinic Use • Pink Copy - Patient

5771019. F710A (Rev 07 04)



1  JAMES P. SWANSEEN, ESQ.
   Attorney at Law
2  (State Bar No. 159918)
   336 Bon Air Center, Suite 270
3  Greenbrae, CA  94904
   (415) 571-6403
4
   Attorney for Plaintiff
5  AMIR SHERVIN

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 AMIR SHERVIN,                    )   CASE NO. CV081631VRW
                                    )
12      Plaintiff,                  )   AFFIDAVIT OF COUNSEL
                                    )
13 v.                               )
                                    )
14 CITY OF NEWARK, CALIFORNIA;      )
   ROBERT DOUGLAS; RICHARD LOPEZ;   )
   WILLIAM (BILL) SHAFFER;          )
15 and DOES 1 to 100, inclusive,    )
                                    )
16      Defendants.                 )
                                    )

17

18      I, JAMES P. SWANSEEN, declare under oath as follows:

19      1.   I am an attorney licensed to practice in the State of

20 California, and I represent plaintiff AMIR SHERVIN in the above-

21 captioned case.

22      2.   All the facts set forth in the accompanying Notice of Motion

23 and Motion to Withdraw as Counsel herein are true and correct and are

24 within my own personal knowledge; if called upon to testify hereto, I

25 would truthfully and competently do so.

        I declare under penalty of perjury under the laws of the State of
26
   California that the foregoing is true and correct.
27
                                            _____
28                                          JAMES P. SWANSEEN

                                     -1-
   SHERa_P_04.wpd                      Affidavit of Counsel

1              ACKNOWLEDGMENT

2   State of California    )
                           )   SS.
3   County of Marin        )

4

5
    On *April 28, 2008,* before me, *Anne Ross*         , Notary
6
    Public, personally appeared JAMES P. SWANSEEN, who proved to me on the
7
    basis of satisfactory evidence to be the person(s) whose name(s) is/are
8
    subscribed to the within instrument and acknowledged to me that
9
    he/she/they executed the same in his/her/their authorized capacity(ies),
10
    and that by his/her/their signature(s) on the instrument the person(s),
11
    or the entity upon behalf of which the person(s) acted, executed the
12
    instrument.

13
    I certify under PENALTY OF PERJURY under the laws of the State of
14
    California that the foregoing paragraph is true and correct.
15

16
    WITNESS my hand and official seal.
17

18  *Anne Ross*                                     (SEAL)

19  (2008)                                          (ar) (too much ink to read)

20
21
22
23
24                                  ANNE ROSS
                                    Commission # 1721104
25                                  Notary Public - California
                                    Marin County
26                                  My Comm. Expires Jan 27, 2011

27

28
                              -2-
    SHERa_P_04.wpd        Affidavit of Counsel