*original*

```
 1 | JAMES P. SWANSEEN, ESQ.
   | Attorney at Law
 2 | (State Bar No. 159918)
   | 336 Bon Air Center, Suite 270
 3 | Greenbrae, CA  94904
   | (415) 571-6403
 4 |
   | Attorney for Plaintiff
 5 | AMIR SHERVIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN, | CASE NO. CV081631VRW |
| Plaintiff, | ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |
| v. | |
| CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; WILLIAM (BILL) SHAFFER; and DOES 1 to 100, inclusive, | DATE: 6/19/08 |
| | TIME: 2:30 |
| Defendants. | DEPT.: 9 |

On _____6_____, 2008, the motion of James P. Swanseen to withdraw as counsel of record for plaintiff AMIR SHERVIN came on for hearing. The Court finds that due notice of the motion was given to plaintiff AMIR SHERVIN and to the remaining parties in the action. Plaintiff AMIR SHERVIN ____ did  ____ did not  appear to contest the motion. Having reviewed the motion and the relevant arguments and authorities, the Court is of the opinion that the motion is proper. Therefore,

IT IS ORDERED THAT:

1. James P. Swanseen may withdraw as counsel of record in this matter.

-4-

SHERa_P_03.wpd            Motion to Withdraw as Counsel

2.  As of the date of service of notice of this order, no further notices, papers, or pleadings may be made on James P. Swanseen on behalf of plaintiff AMIR SHERVIN.

3.  As of the date of service of notice of this order, all further notices, papers, or pleadings that may or must be served on plaintiff AMIR SHERVIN under Rule 5 of the Federal Rules of Civil Procedure must be served on:

>   AMIR SHERVIN
>   1 Muroc Lake Drive, #125
>   Novato, CA  94949
>   (415) 234-6367

4.  James P. Swanseen is ordered to give written notice of this order to all parties to this action in addition to any notice that the Clerk may give of this notice. James P. Swanseen will file a copy of the written notice, with a Certificate of Service attached, no later than _____.

5.  James P. Swanseen is ordered to give written notice of this order to plaintiff AMIR SHERVIN, by hand delivery of a copy of this order if possible, and, if not possible, by mail, at the address listed above. James P. Swanseen must give this notice forthwith and must file an Affidavit with this Court, no later than _____, 2008, specifying what actions have been taken to serve a copy of this order on plaintiff AMIR SHERVIN by hand or why service by hand delivery was impossible and, if service by hand proves impossible, when and how service by mail was effected. The Court reserves the right to set aside this order if it finds that James P. Swanseen has not diligently attempted to serve plaintiff AMIR SHERVIN with a copy of this order.

Dated: _____      _____
                                     United States District Court Judge