```
 1   GREGG A. THORNTON (SBN 146282)
     DANIELLE K. LEWIS (SBN 218274)
 2   SELMAN BREITMAN LLP
     33 New Montgomery, Sixth Floor
 3   San Francisco, CA  94105
     Telephone: (415) 979-0400
 4   Facsimile: (415) 979-2099

 5   Attorneys for Defendants
     City of Newark, California;
 6   Robert Douglas; Richard Lopez;
     and William Shaffer
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; WILLIAM SHAFFER; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  CV 08 1631 VRW<br><br>**STATEMENT OF QUALIFIED NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL**<br><br>Date : June 19, 2008<br>Time : 2:30 p.m.<br>Ctrm : 6<br>Judge: Hon. Vaughn R. Walker |
| SHIRIN NATALIE SHERVIN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS; RICHARD LOPEZ; WILLIAM SHAFFER; and DOES 1 to 100, inclusive,<br><br>    Defendants. | RELATED CASE NO. CV 08 1632 VRW |

Defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;

RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred to

1

1  collectively as "NEWARK") hereby file with the Court this
2  Statement of Qualified Non-Opposition to plaintiffs' counsel's
3  Motion to Withdraw as Counsel set for hearing on June 19, 2008 at
4  2:30 p.m. in Courtroom 6.
5      NEWARK does not oppose the Motion to Withdraw as Counsel.
6  However, NEWARK does oppose any attempt by plaintiffs to utilize
7  the Motion to Withdraw as a vehicle to delay the resolution of
8  this case.
9      NEWARK currently has a motion to dismiss and a motion to
10 strike pending in each of these related matters.  Pursuant to
11 this Court's Order, the hearing on these motions has been
12 continued to August 21, 2008.  Further, the initial Case
13 Management Conference has been continued to September 18, 2008.
14 The continuance of the hearings and Case Management Conference
15 provides ample time for plaintiffs either to obtain new counsel
16 or to proceed without counsel.  Any further postponement would
17 unduly delay the resolution of this case.
18     In the event that this Court grants the Motion to Withdraw
19 as Counsel, NEWARK respectfully requests that the dates currently
20 scheduled in this matter remain on calendar, and that no further
21 continuances be permitted.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

*Selman Breitman LLP — Attorneys at Law*

151389.1  555.24827

| | |
|---|---|
| 1 | DATED: May 20, 2008        SELMAN BREITMAN LLP |
| 2 | |
| 3 | By: _____ |
| 4 | GREGG A. THORNTON<br>DANIELLE K. LEWIS |
| 5 | Attorneys for Defendants<br>CITY OF NEWARK, CALIFORNIA; |
| 6 | ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM SHAFFER |

3

STATEMENT OF QUALIFIED NON-OPPOSITION
CV 08 1631 VRW
CV 08 1632 VRW

151389.1 555.24827

## PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. CV 08 1631 VRW

(Related Case No. CV 08 1632 VRW)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **May 28, 2008**, I served the following document(s) described as **STATEMENT OF QUALIFIED NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James P. Swanseen, Esq.<br>Attorney at Law<br>43 Dowitcher Way<br>San Rafael, CA 94901<br>Tel: (415) 571-6403<br><br>(second address):<br>336 Bon Air Center, #270<br>Greenbrae, CA 94904 | Attorney For Plaintiffs AMIR SHERVIN and SHIRIN NATALIE SHERVIN |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 28, 2008**, at San Francisco, California.

_____
LAURA TALESNIK

148674.1  555.24827

1