AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Amir H. Shervin
Shirin H. Shervin
_____
Plaintiff
v.
Inspector Peter Walsh
_____
Defendant

)
)
)
)
)
)

Civil Action No. 308-CV-01631-VRW

## Summons in a Civil Action

To: *(Defendant's name and address)*

Peter Walsh
SFPD
850 Bryant St. Rm 575
San Francisco, CA 94103

A lawsuit has been filed against you.

Within ~~70~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

Date: JUL 29 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*