1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark, California;
6  Robert Douglas; Richard Lopez;
   and William Shaffer
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 AMIR SHERVIN,                    CASE NO.  3:08-CV-01631 VRW

12         Plaintiff,               **DEFENDANT NEWARK'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PORTIONS OF ALLEGATIONS AND PRAYER FOR PUNITIVE DAMAGES IN PLAINTIFF AMIR SHERVIN'S COMPLAINT IN CASE NO. 3:08-CV-01631 VRW ONLY**
13    v.

14 CITY OF NEWARK, CALIFORNIA;
   ROBERT DOUGLAS; RICHARD LOPEZ;
15 WILLIAM SHAFFER; and DOES 1 to
   100, inclusive,
16                                  Date : August 21, 2008
         Defendants.                Time : 2:30 p.m.
17                                  Ctrm : 6
                                    Judge: Hon. Vaughn R. Walker
18
   SHIRIN NATALIE SHERVIN,          RELATED CASE NO.3:08-CV-01632 VRW
19
         Plaintiff,
20
      v.
21
   CITY OF NEWARK, CALIFORNIA;
22 ROBERT DOUGLAS; RICHARD LOPEZ;
   WILLIAM SHAFFER; and DOES 1 to
23 100, inclusive,

24       Defendants.

25

26    Defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;

27 RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred to

28
                                   1
                       NOTICE OF WITHDRAWAL OF MOTION TO STRIKE
                                                    CV 08 1631 VRW
                                                    CV 08 1632 VRW

155184.1 555.24827

collectively as "NEWARK") pursuant to Civil L.R. 7-7(e), hereby withdraws its motion to strike portions of allegations and prayer for punitive damages in plaintiff Amir Shervin's complaint in case number 3:08-CV-01631 VRW <u>only</u>. The motion was scheduled for hearing on August 21, 2008 at 2:30 p.m. in Courtroom 6 of the above-captioned court.

DATED: August 4, 2008          SELMAN BREITMAN LLP

                               By: _____
                                   GREGG A. THORNTON
                                   DANIELLE K. LEWIS
                                   Attorneys for Defendants
                                   CITY OF NEWARK, CALIFORNIA;
                                   ROBERT DOUGLAS; RICHARD LOPEZ;
                                   WILLIAM SHAFFER

# PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.

United States District Court Northern District of California Case No. 3:08-CV-01631 VRW

(Related Case No. 3:08-CV-01632 VRW)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **August 4, 2008**, I served the following document(s) described as **DEFENDANT NEWARK'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PORTIONS OF ALLEGATIONS AND PRAYER FOR PUNITIVE DAMAGES IN PLAINTIFF AMIR SHERVIN'S COMPLAINT IN CASE NO. 3:08-CV-01631 VRW ONLY** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Dr. Amir H. Shervin                    Plaintiffs *Pro Se*
1 Muroc Lake Drive, #125
Novato, CA 94949
Tel: (415) 234-6367

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☐ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☒ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 4, 2008**, at San Francisco, California.

*[signature]*
LAURA TALESNIK

148674.1  555.24827

1