```
GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Newark, California;
Robert Douglas; Richard Lopez;
and William Shaffer
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM SHAFFER; and DOES 1 to<br>100, inclusive,<br><br>          Defendants. | CASE NO.  3:08-CV-01631 VRW<br><br>**DEFENDANT NEWARK'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF AMIR SHERVIN'S COMPLAINT IN CASE NO. 3:08-CV-01631 VRW ONLY**<br><br>Date : August 21, 2008<br>Time : 2:30 p.m.<br>Ctrm : 6<br>Judge: Hon. Vaughn R. Walker |
| SHIRIN NATALIE SHERVIN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF NEWARK, CALIFORNIA;<br>ROBERT DOUGLAS; RICHARD LOPEZ;<br>WILLIAM SHAFFER; and DOES 1 to<br>100, inclusive,<br><br>          Defendants. | RELATED CASE NO.3:08-CV-01632 VRW |

Defendants CITY OF NEWARK, CALIFORNIA; ROBERT DOUGLAS;

RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred to

1

1  collectively as "NEWARK") pursuant to Civil L.R. 7-7(e), hereby
2  withdraws its motion to dismiss plaintiff Amir Shervin's
3  complaint in case number 3:08-CV-01631 VRW only.  The motion was
4  scheduled for hearing on August 21, 2008 at 2:30 p.m. in
5  Courtroom 6 of the above-captioned court.

8  DATED: August 4, 2008        SELMAN BREITMAN LLP

10                               By: _____
11                                   GREGG A. THORNTON
                                     DANIELLE K. LEWIS
12                                   Attorneys for Defendants
                                     CITY OF NEWARK, CALIFORNIA;
13                                   ROBERT DOUGLAS; RICHARD LOPEZ;
                                     WILLIAM SHAFFER

155182.1 555.24827

## PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.
United States District Court Northern District of California Case No. 3:08-CV-01631 VRW
(Related Case No. 3:08-CV-01632 VRW)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **August 4, 2008**, I served the following document(s) described as **DEFENDANT NEWARK'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF AMIR SHERVIN'S COMPLAINT IN CASE NO. 3:08-CV-01631 VRW ONLY** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Dr. Amir H. Shervin                    Plaintiffs *Pro Se*
1 Muroc Lake Drive, #125
Novato, CA 94949
Tel: (415) 234-6367

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[ ] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[X] **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 4, 2008**, at San Francisco, California.

*/s/ Laura Talesnik*
LAURA TALESNIK

1