1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Newark; City of Newark
6  Police Department; Robert
   Douglas; Richard Lopez; and
7  William Shaffer

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
10

11

12

13  AMIR SHERVIN,                          CASE NO.  CV 08 01631 VRW

14       Plaintiff,

15       v.                                [PROPOSED]

16  CITY OF NEWARK; CITY OF NEWARK         ORDER GRANTING DEFENDANT NEWARK'S
    POLICE DEPARTMENT; ROBERT              MOTION TO STRIKE PORTION OF
17  DOUGLAS; RICHARD LOPEZ; WILLIAM        ALLEGATIONS AND PRAYER FOR RELIEF
    SHAFFER, ET AL. AND THEIR              FROM PLAINTIFFS' FIRST AMENDED
18  SUPERVISORS, CITY OF SAN               COMPLAINT
    FRANCISCO AND SAN FRANCISCO
19  POLICE DEPARTMENT, PETER WALSH,        FRCP 12(f)
    ET AL. AND THEIR SUPERVISORS,
20  THE SANTA RITA CITY JAIL, ET AL.
    AND THEIR SUPERVISORS, THE CITY        Date : October 9, 2008
21  OF SAN FRANCISCO OFFICE OF             Time : 2:30 p.m.
    SENATOR BARBARA BOXER, ERIK J.         Ctrm : 6
22  VIZCAINO, ET AL., AND THEIR            Judge: Hon. Vaughn R. Walker
    SUPERVISORS, CONSPIRATORS AND
23  COCONSPIRATORS, DOES A TO Z (1
    TO 100)and DOES 1 to 100,
24  inclusive,

25       Defendants.

26  _____        RELATED CASE NO. CV 08 01632 VRW
    SHIRIN NATALIE SHERVIN,
27
         Plaintiff,
28

                                    1

```
                    v.

CITY OF NEWARK, CALIFORNIA;
ROBERT DOUGLAS; RICHARD LOPEZ;
WILLIAM SHAFFER; and DOES 1 to
100, inclusive,

                    Defendants.
```

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The motion of defendants CITY OF NEWARK; CITY OF NEWARK POLICE DEPARTMENT; ROBERT DOUGLAS; RICHARD LOPEZ; and WILLIAM SHAFFER (hereafter referred to collectively as "NEWARK" or "defendants") to strike portions of the allegations and prayer for punitive damages and attorneys' fees from plaintiffs' First Amended Complaint, came on regularly for hearing before this Court on October 9, 2008. Danielle K. Lewis appeared on behalf of moving parties, defendants NEWARK. Plaintiffs AMIR SHERVIN and SHIRIN SHERVIN appeared pro se.

After full consideration of the moving and opposition papers, the evidence submitted by all parties, the arguments of counsel, all other matters presented to the Court associated with the subject motion to strike pursuant to F.R.Civ.P. 12(f), and good cause appearing therefor:

IT IS ORDERED that NEWARK'S Motion to Strike Portions of the Allegations and Prayer for Relief From Plaintiffs' First Amended Complaint is hereby granted.

The following language is stricken from Paragraph 3 of the Prayer for Relief as to CITY OF NEWARK and CITY OF NEWARK POLICE DEPARTMENT: "For exemplary punitive and preventative damages."

The following language is stricken from Paragraph 8 of the

1  Prayer for Relief: "For reasonable attorney's fees pursuant to
2  42 USC S. 1988."
3      The following language is stricken from page 2 of the First
4  Amended Complaint: ". . . incorporating all claims in the
5  original complaint, except (page 3, line 13) filed 'erroneously'
6  by their former counsel James P. Swanseen . . ."

9      IT IS SO ORDERED:

11  Dated: _____     _____
12                                     Vaughn R. Walker
                                       UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

Amir Shervin v. City of Newark, et al.
United States District Court Northern District of California Case No. 3:08-CV-01631 VRW
(Related Case No. 3:08-CV-01632 VRW)

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **August 8, 2008**, I served the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT NEWARK'S MOTION TO STRIKE PORTION OF ALLEGATIONS AND PRAYER FOR RELIEF FROM PLAINTIFFS' FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Dr. Amir H. Shervin                    Plaintiffs *Pro Se*
Shirin Natalie Shervin
1 Muroc Lake Drive, #125
Novato, CA 94949
Tel: (415) 234-6367
Fax: (415) 883-2488

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

[ ] **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 8, 2008**, at San Francisco, California.

*Laura Talesnik* (signature)
LAURA TALESNIK

148674.1  555.24827

1