08/27/2008 14:20   4158832488                                          PAGE 03
08/26/2008 12:34 FAX 415 979 2009    SELMAN BREITMAN SF               ☒004/004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Amir Shervin
Shirin Shervin

      Plaintiff(s),    CASE NO. 08 CV 01631 VRW

  v.          NOTICE OF NEED FOR ADR PHONE
City of Newark, et al.      CONFERENCE

      Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 18, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Gregg Thornton | Defendants City of Newark | (415) 979-0400 | gthornton@selmanbreitman.com |
| Amir Shervin | Pro Se | (415) 234-6367 | |
| Shirin Shervin | Pro Se | (415) 234-6367 | |

*Clyde Thompson  County of Alameda  (510) 550-8557  cthompson@htalaw.com
  (Santa Rita Jail)

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/27/08              Amir / Shirin Shervin
                   ~~Attorney for~~ Plaintiffs

Dated: 8/27/08
                   Attorney for Defendants
Rev 12.05             City of Newark; City of Newark P.D.;
Dated: 8/28/08
                   Attorney for Defendant
                   County of Alameda (sued as Santa Rita
*County of Alameda (Santa Rita Jail) appeared in the action on 8/27/08.   Jail)

He joins in the request for an ADR phone conference.

# PROOF OF SERVICE

Amir Shervin and Shirin Shervin v. City of Newark, et al.
United States District Court Northern District of California Case No. 3:08-CV-01631 VRW

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On **August 28, 2008**, I served the following document(s) described as **NOTICE OF NEED FOR ADR PHONE CONFERENCE** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Dr. Amir H. Shervin<br>Shirin Natalie Shervin<br>1 Muroc Lake Drive, #125<br>Novato, CA 94949 | Plaintiffs *Pro Se*<br><br>Tel: (415) 234-6367<br>Fax: (415) 883-2488 |
| Clyde A. Thompson<br>Benjamin A. Thompson<br>Haapala, Thompson & Abern, LLP<br>1939 Harrison Street, Ste 800<br>Oakland, CA 94612 | Attorneys for Defendant County of Alameda<br><br>Tel: (510) 763-2324<br>Fax: (510) 273-8570 |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FEDERAL EXPRESS for delivery to the addressee(s).

☒ **BY ELECTRONIC SERVICE**: I transmitted a copy of the foregoing documents(s) via the US District Court website.

☐ **BY FAX**: I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I caused a copy of the foregoing document(s) to be delivered by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 28, 2008**, at San Francisco, California.

YOLANDA MEDINA

148674.1  555.24827