1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3861
6  Facsimile:    (415) 554-3837
   E-Mail:       kimberly.bliss@sfgov.org
7
   Attorneys for Defendants CITY AND COUNTY OF
8  SAN FRANCISCO[1] AND PETER WALSH

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

| AMIR H. SHERVIN AND SHIRIN N. SHERVIN, | Case No. 08-01631 VRW |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS PETER WALSH AND CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO DISMISS FOR LACK OF PROCESS AND SERVICE** |
| vs. | |
| CITY OF NEWARK AND NEWARK CITY POLICY DEPARTMENT, ROBERT DOUGLAS, RICHARD LOPEZ, WILLIAM SHAFFER ET AL., AND THEIR SUPERVISORS; CITY OF SAN FRANCISCO AND SAN FRANCISCO POLICE DEPARTMENT, PETER WALSH ET AL., AND THEIR SUPERVISORS, THE SANTA RITA CITY JAIL, ET AL., AND THEIR SUPERVISORS, THE CITY OF SAN FRANCISCO OFFICE OF SENATOR BARBARA BOXER, ERIK J. VIZCAINO, ET AL., AND THEIR SUPERVISORS, CONSPIRATORS AND COCONSPIRATORS, DOES A TO Z (1 TO 100), | Hearing Date:   January 22, 2009<br>Time:           2:30 p.m.<br>Place:          Courtroom 6<br>                17th Floor<br><br>Trial Date:     None set |
| Defendants. | |

---

[1] Erroneously sued herein as separate legal entities "City of San Francisco" and "San Francisco Police Department."

Defendants Peter Walsh and the City and County of San Francisco's Motion To Dismiss Plaintiffs' First Amended Complaint came on regularly for hearing before the Court on January 22, 2009 at 2:30 p.m. Plaintiffs Amir Shervin and Shirin Shervin appeared on behalf of themselves. Deputy City Attorney Kimberly Bliss appeared on behalf of defendants Peter Walsh and the City and County of San Francisco.

WHEREAS, defendants Peter Walsh and the City and County of San Francisco were not properly served with the Summons and First Amended Complaint;

WHEREAS, the San Francisco Police Department is not a separate legal entity from the City and County of San Francisco;

WHEREAS, the Summons in this action does not list either the San Francisco Police Department or the City and County of San Francisco as a defendant,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. The First Amended Complaint is **DISMISSED** as to DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT AND PETER WALSH.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 3, 2008, I served the attached:

**[PROPOSED] ORDER GRANTING DEFENDANTS PETER WALSH AND CITY AND COUNTY OF SAN FRANCISCO'S MOTION TO DISMISS FOR LACK OF PROCESS AND SERVICE**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Dr. Amir H. Shervin<br>1 Muroc Lake Dr., #125<br>Novato, CA 94949 | Shirin N. Shervin<br>1 Muroc Lake Dr., #125<br>Novato, CA 94949+ |
| Tel: 415-234-6367<br>PRO SE PLAINTIFF | Tel: 415-234-6367<br>PRO SE PLAINTIFF |

and served the named document in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 3, 2008, at San Francisco, California.

/s/ FOLASHADE ADESANWO
FOLASHADE ADESANWO

---

CCSF's MOT TO DISMISS 1ST AMEND COMPL
CASE NO. C05-4475 CRB

n:\lit\li2008\090221\00506844.doc