AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| **Dr. Amir H. Shervin** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 308 CV-01631 VRW |
| **Erik Viscaino** | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*    Erik Viscaino
c/o U.S. Attorney
P.O. Box 36055
San Francisco, CA 94102

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dr. Amir H. Shervin
1 Muroc Lake Drive #125
Novato, CA 94949

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

Date: AUG 2 9 2008

Name of clerk of court

*[signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Erik Viscaino**, by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **U.S. Attorney** ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* **U.S.P.S. certified Mail 7008 0150 0000 4236 8446**

My fees are $ **50.** for travel and $ **75.** for services, for a total of $ 0.00 **125.**

Date: _____

Server's signature

**Mike Marino**
Printed name and title

367 Bahia Way
San Rafael, CA 94901

Server's address