IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR H SHERVIN and SHIRIN N SHERVIN,

    Plaintiffs,

    v

CITY OF NEWARK et al,

    Defendants.

No   C 08-1631 VRW

ORDER

    The court has reviewed defendant Newark's motion to dismiss, Doc #33, and seeks further explanation why plaintiffs do not state an equal protection claim as a "class of one."  See Village of Willowbrook v Olech, 528 US 562 (2000); North Pacifica LLC v City of Pacifica, 526 F3d 478 (9th Cir 2008).  Counsel are directed to respond to the court either in writing or at the hearing scheduled for January 22, 2009 at 2:30 PM.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge