IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR SHERVIN and SHIRIN SHERVIN,         No   C 08-1631 VRW

       Plaintiffs,                          ORDER

       v

CITY OF NEWARK, et al,

       Defendants.
_____/

On February 9, 2009, the court ordered plaintiff Shirin Shervin to show cause why her claims should not be dismissed for failure to prosecute, because she did not enter an appearance at the January 22, 2009 hearing on defendants' motion to dismiss. Doc #95. Plaintiff filed a response on February 27, 2009, explaining that she did not appear because she believed her father could represent her at the hearing. Doc #99.

Dismissal under FRCP 41(b) is a harsh penalty that "should be imposed as a sanction only in extreme circumstances." Oliva v Sullivan, 958 F2d 272, 273 (9th Cir 1992). The court considers many factors before dismissing a plaintiff's claims

involuntarily, including the harm resulting from plaintiff's failure to appear and the risk of prejudice to defendants. See Dahl v Huntington Beach, 84 F3d 363, 366 (9th Cir 1996).

Here, plaintiff explains that she would have attended the hearing had she known she could not be represented by her father. Doc #99 at 4. Any prejudice defendants experienced from plaintiff's failure to appear was minor, as defendants' motions to dismiss were granted in their entirety. Doc #95. Plaintiff has not otherwise failed to prosecute her claims. Because dismissal under these circumstances would be an extreme penalty, plaintiff's claims will not be dismissed. Plaintiff is warned, however, that any subsequent failure to appear may result in dismissal.

Plaintiff has also moved for an extension of time to file her response to the order to show cause and for the court to appoint counsel. Doc #98. Because plaintiff has responded adequately, her motion for an extension of time is DENIED AS MOOT. The court has already explained why plaintiff is not entitled to appointed counsel, Doc #95 at 14, and as plaintiff's circumstances have not changed, her motion for court-appointed counsel is DENIED.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

2