IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR H SHERVIN and SHIRIN N SHERVIN, | No   C 08-1631 VRW |
| Plaintiffs, | ORDER |
| v | |
| CITY OF NEWARK et al, | |
| Defendants. | |

The next step in this litigation is to set a case management schedule to ensure that the case continues to move forward.  Accordingly, the parties should be prepared to discuss a schedule for case management with the court at the hearing scheduled for August 13, 2009 at 10 AM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge