IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMIR H SHERVIN and SHIRIN N SHERVIN,

    Plaintiffs,

    v

CITY OF NEWARK et al,

    Defendants.

No C 08-1631 VRW

ORDER

    The Newark defendants have moved for summary judgment on all claims remaining against them. Doc #155. Plaintiffs have failed to oppose or otherwise respond to the motion, and the deadline for doing so has passed.

    Plaintiffs are accordingly ORDERED to SHOW CAUSE in writing on or before February 22, 2010 why defendants' motion should not be granted. Failure to respond timely to this order shall be deemed grounds to grant the motion. The hearing scheduled for February 18, 2010 is VACATED.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge