**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SHERVIN AND SHIRIN N. SHERVIN, | No. C 08-01631 SI |
| Plaintiffs, | **ORDER GRANTING REQUEST FOR PREPARATION OF TRANSCRIPT** |
| v. | |
| CITY OF NEWARK, et al., | |
| Defendants. | |

Currently before the Court is plaintiffs' request that the Court direct the reporter to prepare a transcript of three proceedings in this case at the government's expense under 28 U.S.C. § 753(f). Docket No. 185. The Federal Defendants do not oppose the request, but note that the transcripts from hearings dated June 19, 2008 and January 22, 2009 are available on Pacer. Docket No. 188; *see also* Docket Nos. 25 & 106.

The Court GRANTS plaintiffs' request and directs the reporter to prepare a transcript for the August 13, 2009 hearing on defendants' motion to dismiss the second amended complaint at the United State's expense.

**IT IS SO ORDERED.**

Dated: August 12, 2011

SUSAN ILLSTON
United States District Judge